AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**
10:14 am Jan 19 2024
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| United States of America | ) | |
|---|---|---|
| v. | ) | OHND No. 1:24 MJ 4023 |
| KEITH LATTERI | ) | Case No. CR23-00471 WHO |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Keith Latteri,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 – Conspiracy to Commit Computer Fraud and Abuse;
18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), and (c)(4)(A)(i)(I), and 2 – Intentional Damage to a Protected Computer, Aiding and Abetting;
18 U.S.C. § 1349 – Conspiracy to Commit Wire Fraud and Mail Fraud;
18 U.S.C. § 1343 – Wire Fraud;
18 U.S.C. § 1341 – Mail Fraud;

Date: December 12, 2023

*Issuing officer's signature*

City and state:   San Francisco, California        Hon. Alex G. Tse, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*